UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LORAINE L. BRIGHT<br>Plaintiff | * |
| | * |
| v. | * |
| | *  CASE No. 1:11-cv-00985-CCB |
| HARFORD COMMUNITY<br>COLLEGE | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)(2)**

PLAINTIFF, Loraine L. Bright, by and through her attorneys, Thomas J. Dolina, Sarah D. Mann and Bodie, Dolina, Smith & Hobbs, P.C. hereby requests that the Complaint in the above-captioned matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and, in support thereof, states as follows:

1. A plaintiff's Motion pursuant to Rule 41(a)(2) for dismissal without prejudice should not be denied absent substantial prejudice to the defendant(s).[1]

2. Procedurally, this case is not advanced:

   a. The action was removed to Federal Court on April 14, 2011. Defendants Answered the Complaint and filed a Motion to Dismiss certain Counts of the Complaint on April 21, 2011. Plaintiff filed a Motion to Remand on May 4, 2011.

   b. The Court has not ruled on Defendants' Motion to Dismiss or on Plaintiff's Motion to Remand.

---

[1] *See eg. Andes v. Versant Corp.*, 788 F.2d 1033, 1036 (4th Cir. 1986).

c. The Parties have not participated in discovery- no depositions have been taken, interrogatories propounded or documents exchanged.

d. The trial date has not been set.

3. Given that this matter is still in its infancy, Defendants will not be substantially prejudiced by dismissing the Complaint without prejudice.

4. Accordingly, Plaintiff is entitled to a dismissal without prejudice in this matter pursuant to Rule 41(a)(2).

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

(a) GRANT Plaintiff's Motion to Dismiss without Prejudice Pursuant to Rule 41(a)(2);

(b) ENTER an Order Dismissing the Complaint without Prejudice; and

(c) AWARD such other relief as this Court deems appropriate to the Plaintiff.

Respectfully submitted,

/s/
Thomas J. Dolina, Bar # 00597
Sarah D. Mann, Bar # 28876
Bodie, Dolina, Smith & Hobbs, PC
21 W. Susquehanna Avenue
Towson, Maryland 21204
410-823-1250
tdolina@bodie-law.com
smann@bodie-law.com
*Attorneys for Plaintiff*